UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN CLARK CUTTING, BRIAN SCOTT MELLAND, DAVID JOHN LONICH,<br><br>Defendants. | Case No. 14-cr-00139-SI-1<br>Case No. 17-cr-00139 SI<br><br>**ORDER DENYING GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 1066<br><br>Re: Dkt. No. 533 in 17-cr-139 SI |

The Court has reviewed the government's motion for leave to file a motion for reconsideration of the November 29, 2022 order. The Court finds no basis for reconsideration and DENIES the motion.

**IT IS SO ORDERED**.

Dated: December 16, 2022

SUSAN ILLSTON
United States District Judge