UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAVID LONICH, *et al.*,

        Defendants.

Case No. 14-cr-00139-SI-1
Case No. 17-cr-00139 SI

**ORDER RE: RESTITUTION**

On May 4, 2023, the Court resentenced defendants David Lonich, Brian Scott Melland, and Sean Clark Cutting, and in so doing, accepted the Probation Officer's guidelines calculation which did not include a loss enhancement. The Court did not address restitution at that time and reserved the issue for a later date. The government has since filed a notice of appeal of the amended judgments of conviction. The Court finds that because the issues of restitution are intertwined with the matters currently on appeal, it is in the interest of judicial efficiency to defer resolution of restitution until the Ninth Circuit resolves the pending appeal.

**IT IS SO ORDERED**.

Dated: March 8, 2024

SUSAN ILLSTON
United States District Judge